■ CASSANDRA VOGT, Respondent, v PARADISE ALLEY et al., Defendants, and MICHAEL MANN, Appellant. (Appeal No. 1.) [815 NYS2d 878]—Appeal from an amended order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered July 27, 2005 in a personal injury action. The amended order denied the motion of defendant Michael Mann to set aside the jury verdict and for a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Pigott, Jr., P.J., Kehoe, Gorski, Green and Pine, JJ.